UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

Zenobia Jones,                                    Case No. 06-50152
                                                  Chapter 13
            Debtor.                               Hon. Phillip J. Shefferly
_____/

**ORDER (1) STRIKING DOCKET ENTRY NOS. 22 THROUGH 25 AND NOS.
30 THROUGH 35; AND (2) PROHIBITING THE FILING OF PAPERS
IN THIS CLOSED BANKRUPTCY CASE WITHOUT
PRIOR LEAVE OF COURT**

On August 1, 2006, the Debtor filed this Chapter 13 bankruptcy case. On August 16, 2006, the Court entered an order dismissing this case for failure to file required documents including the Debtor's certificate of budget and credit counseling, bankruptcy cover sheet and a voluntary petition with an original signature of the Debtor. After this bankruptcy case was dismissed, the Debtor has filed a number of papers in this case that are on their face frivolous, incoherent and not legally cognizable under the Bankruptcy Code, Federal Bankruptcy Rules and Federal Rules of Civil Procedure. Docket entry No. 22 is entitled "Affidavit in Support to Correct Mistake." It is a rambling document that contains allegations concerning "outlaw" courts that "do not exist by laws of the United States." It purports to be signed by "Zenobia Jones©, Secured Party ALL RIGHTS RESERVED." It is unintelligible. Similarly, docket entry No. 23 entitled "Distress on Trustee Performance Bond" purports to be a "self-executing Bonded Distress" that is somehow applicable to the Chapter 13 Trustee in this case. It references a "fictional character" of "ZENOBIA JONES©." It too is unintelligible. Docket entry No. 24 is entitled "Distress on Judicial Performance Bond." It purports to be "a self-executing Bonded Distress on Judicial and Official Bond" of the Bankruptcy Judge assigned to this case. It too references a "fictional character" of

"ZENOBIA JONES©" and is also unintelligible. Docket entry No. 25 is entitled "DISCOVERY OF DEFENDANT FILING PRIVACY ACT, REQUEST" and is also unintelligible. Docket entry No. 30 purports to be a "Notice of Chapter 13 Bankruptcy" and is unintelligible. Docket entry No. 31 is entitled "Affidavit in the Nature of a Motion to View the Evidence File." It is also unintelligible. Docket entry Nos. 32 through 35 also contain rambling, incoherent statements, request relief not recognized under the Bankruptcy Code, Federal Rules of Civil Procedure or Bankruptcy Rules, and contain allegations against the Bankruptcy Court Clerk and Bankruptcy Judge that are frivolous, incoherent, scandalous and defamatory. They do not appear to have been made for any lawful purpose regarding the administration of a bankruptcy case.

This Chapter 13 bankruptcy case was closed on August 29, 2006 after the case was dismissed on August 16, 2006, but before the Debtor filed docket entry Nos. 22 through 25 and Nos. 30 through 35. None of docket entry Nos. 22 through 25 and Nos. 30 through 35 request any cognizable relief and all contain bizarre, unintelligible, scandalous and defamatory allegations against various persons and entities. Fed. R. Bankr. P. 9018 permits the Court on motion or on its own initiative, with or without notice, to enter any order that justice requires to protect the estate or any entity against scandalous or a defamatory matter contained in a paper filed in a bankruptcy case. The Court concludes that all of docket entry Nos. 22 through 25 and Nos. 30 through 35 must be stricken under Fed. R. Bankr. P. 9018.

Further, because the Debtor's bankruptcy case has been dismissed and closed, no purpose would be served by allowing the Debtor to continue to file such frivolous, incoherent, scandalous and defamatory papers in this case. Accordingly,

IT IS HEREBY ORDERED that the papers filed as docket entry Nos. 22 through 25 and

Nos. 30 through 35 are stricken pursuant to Fed. R. Bankr. P. 9018.

  IT IS FURTHER ORDERED that the Debtor shall not file any further papers in this bankruptcy case without leave of Court.

**Entered: September 28, 2006**

  /s/ Phillip J. Shefferly
  **Phillip J. Shefferly**
  **United States Bankruptcy Judge**